IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JENNIFER MOORE, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>vs.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM,<br><br>  *Defendant*.<br>_____/ | CLASS ACTION<br><br>CASE NO. 2:21-cv-00027-TC<br><br>JURY TRIAL DEMANDED |

**NOTICE OF FILING CERTIFICATE OF
NON-APPEARANCE OF DEFENDANT EFOLKS**

    Plaintiff Jennifer Moore hereby gives notice of filing the attached Certificate of Non-Appearance reflecting Defendant Efolks, LLC's failure to appear for deposition on February 9, 2022.

Dated: February 28, 2022

                                              **HIRALDO P.A.**

                                              */s/ Manuel S. Hiraldo*
                                              Manuel S. Hiraldo
                                              Florida Bar No. 030380
                                              (*pro hac vice*)
                                              401 E. Las Olas Boulevard
                                              Suite 1400
                                              Ft. Lauderdale, Florida 33301
                                              Email: mhiraldo@hiraldolaw.com
                                              Telephone: 954-400-4713