IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER MOORE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>vs.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM,<br><br>   *Defendant*. | **ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND CLASS CERTIFICATION DEADLINES**<br><br>Case No. 2:21-cv-00027-TC-CMR<br><br>Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff's Motion for Extension of Discovery and Class Certification Deadlines (Motion) (ECF 63). On February 28, 2022, the court held a hearing on the Motion, and for the reasons stated on the record, GRANTED IN PART and DENIED IN PART the Motion (ECF 68). As indicated in the Minute Entry for the hearing, no written order was to follow the court's oral ruling (*Id.*). However, the court ordered Plaintiff to submit an updated scheduling order consistent with the court's ruling (*Id.*). The parties were unable to agree on a proposed order due to a dispute about the close of fact discovery deadline, and Defendant submitted an Objection to Plaintiff's proposed order pursuant to DUCivR 54-1(b) (ECF 69). Plaintiff has not responded to Defendant's Objection. Accordingly, for good cause appearing, the court sustains Defendant's Objection and ORDERS that the deadlines in this case shall be as follows:

1. Completion of deposition of Defendant Efolks, LLC:  **March 11, 2022**

2. Plaintiff's Motion for Class Certification:  **March 30, 2022**

3. Close of fact discovery:  **April 15, 2022**

The remaining deadlines in the Scheduling Order (ECF 26) shall remain unchanged absent a showing of good cause pursuant to Fed. R. Civ. P. 6.

IT IS SO ORDERED.

DATED this 11 March 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah