# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER MOORE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C HEATH ATTORNEY AT LAW PLLC,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO STAY**<br><br>Civil No. 2:21-cv-00027-TC-CMR<br><br>Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Stay (Motion) (ECF 72), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the discovery deadlines in this case are stayed for a period of 45 days. By May 30, 2022, the parties shall provide a status report, or if settlement negotiations have been determined to be unsuccessful, a proposed amended scheduling order.

IT IS SO ORDERED.

DATED this 22 March 2022.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah